## Marvin DALTON, d/b/a Dalton Enterprises, Incorporated, Plaintiff—Appellant,

v.

## AVIS RENT A CAR SYSTEM, INC., Defendant—Appellee.

### No. 04–2286.

United States Court of Appeals, Fourth Circuit.

Submitted: March 30, 2005.

Decided: May 19, 2005.

Romallus O. Murphy, Greensboro, North Carolina, for Appellant.

Mack Sperling, Elizabeth V. LaFollette, Brooks, Pierce, McLendon, Humphrey & Leonard, L.L.P., Greensboro, North Carolina, for Appellee.

Before LUTTIG, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Marvin Dalton appeals the district court's order granting summary judgment to Defendant in this action alleging race discrimination in violation of 42 U.S.C. § 1981 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Dalton v. Avis Rent A Car System, Inc.,* No. CA–03–535–1 (M.D.N.C. Sept. 2, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*